IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DIEDRE Y. PLEDGER-PLUMP ) | |
| ) | |
| BAC HOME LOANS SERVICING, L.P., ) | |
| Creditor, ) | |
| vs. ) | CASE NO. 08B23826 |
| ) | JUDGE SUSAN PIERSON SONDERBY |
| DIEDRE Y. PLEDGER-PLUMP, ) | |
| Debtor ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes BAC Home Loans Servicing, L.P., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the January 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of March 1, 2011.

   a. Attorney's Fees                                             $250.00
   b. Payments: (1/11 thru 3/11 @ $1,336.58) =   $4,009.74
   c. Late charges                                                  $67.66
   **Total**                                                      **$4,327.40**

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, BAC Home Loans Servicing, L.P. rights to collect these amounts will remain unaffected.

Respectfully Submitted,
BAC Home Loans Servicing, L.P.

/s/Dana N. O'Brien
Dana N. O'Brien
ARDC#6256415

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088